IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-371-FDW-DCK

| | |
|---|---|
| SYMMETRY FINANCIAL GROUP, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JOSHUA J. EMMANS and SHENAE WOODS, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Stephen L. Cash, concerning J. Brannon Maner on August 26, 2020. J. Brannon Maner seeks to appear as counsel *pro hac vice* for Defendants Joshua J. Emmans and Shenae Woods. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. J. Brannon Maner is hereby admitted *pro hac vice* to represent Defendants Joshua J. Emmans and Shenae Woods.

Signed: August 27, 2020

David C. Keesler
United States Magistrate Judge